gr

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JONATHAN REDFERN and
MARGARET REDFERN, individually and
as husband and wife, and as next friend
of their minor children;

    Plaintiffs,

v.

TRANSAMERICA MOVING, INC., a
California corporation; ALEXANDER
PLOTKIN, ALLA ZHUK, TONY
PLUMMER, FRANCISCO (last name
unknown), and JOY (last name unknown),
all individually and doing business as
TRANSAMERICA MOVING, INC.;
BLACK and WHITE CORPORATIONS;
ABLE and BAKER COMPANIES; RED
and GREEN PARTNERSHIPS; and
JOHN DOES I through X, inclusive,

    Defendants.

Case No.: 3:09-cv-317 LRH-VPC

## EX PARTE MOTION FOR ORDER SHORTENING TIME

PLAINTIFFS, JONATHAN REDFERN and MARGARET REDFERN, through counsel, RICHARD G. HILL, CHARTERED, move the Court pursuant for an order shortening time within which any other party may file their opposition, if any, to Plaintiffs' *Amended Motion for Preliminary and Permanent Injunction*. Plaintiffs ask the Court to note that they have requested an expedited hearing on the motion for preliminary

///

LAW OFFICE
RICHARD G. HILL
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

1  injunction, to take place no later than June 30, 2009, and that unless time is shortened,
2  briefing will not be completed before the hearing. Counsel for Plaintiff has attempted to
3  resolve this matter informally with counsel for Defendants, but has been unable to do so.
4  See Declaration of Richard G. Hill, filed herewith.

5  In the alternative, if the Court is unwilling or unable to shorten the time
6  sufficiently to set the preliminary injunction hearing no later than June 30, 2009, Plaintiffs
7  request leave pursuant FRCP 31(a)(2)(A)(iii) to take the depositions of the following
8  individuals before the time specified in FRCP 26(d), so that their testimony can be
9  presented at the hearing pursuant to FRCP 32(a)(4): Plaintiff, Margaret Redfern;
10 Alexander Plotkin, also known as Ali Zhuk; Tony Plummer; Joshua Beil; and Billie Frazier.

11 As to Margaret Redfern, Plaintiffs will wish to use her deposition testimony at
12 the hearing pursuant to FRCP 32(a)(4)(E). Exceptional circumstances make it desirable
13 to present her testimony by deposition because of the Redferns' prior travel commitments,
14 as discussed above. To require her to travel to and from Michigan and Nevada for the
15 hearing would be time consuming, expensive and wasteful when a reasonable alternative
16 is available under the Rules.

17 As to the remaining witnesses identified above, Plaintiff is informed and
18 believes that each witness is more than 100 miles from the place of hearing, and that their
19 attendance cannot be secured by subpoena. See FRCP 32(a)(4)(B), (D). See also FRCP
20 45(b)(2).

21 As of this time, counsel for Plaintiffs has been in contact with Jeffrey D. Nadel,
22 Esq., counsel for defendant Transamerica Moving, Inc. Although Mr. Nadel states that he
23 is not admitted in Nevada, Mr. Nadel as been advised of the need for the requested relief
24 of this and the companion motions. See Exhibit 1 attached to the Declaration of Richard
25 G. Hill, Esq.

26
27 ///
28 ///

LAW OFFICE
RICHARD G. HILL
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

WHEREFORE, Plaintiffs pray for the following relief:

1. That the Court order any party wishing to file an opposition to Plaintiffs' *Amended Motion for Preliminary and Permanent Injunction* do so no later than Friday, June 26, 2009; **or, in the alternative**,

2. That the Court order that Plaintiffs are given leave to conduct the depositions of Margaret Redfern, Alexander Plotkin, also known as Ali Zhuk, Tony Plummer, Joshua Beil and Billie Frazier (all telephonically) on shortened notice, and that Plaintiffs be allowed to present that testimony at the requested preliminary injunction hearing by deposition;

3. For such other, further and additional relief as seems just to the Court in the premises.

RESPECTFULLY SUBMITTED this 24th day of June, 2009

RICHARD G. HILL, CHARTERED

_____
RICHARD G. HILL, ESQ.
652 Forest Street
Reno, Nevada 89509
Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED.

DATED this 24th day of June, 2009

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

LAW OFFICE
RICHARD G. HILL
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858