UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JONATHAN REDFERN, and MARGARET REDFERN, individually and as husband and wife, and as next friend of their minor children,<br><br>        Plaintiffs,<br><br>v.<br><br>TRANSAMERICA MOVING, Inc., a California Corporation, et al.,<br><br>        Defendants. | 3:09-CV-00317-LRH-VPC<br><br>ORDER |

Before the court is Plaintiffs Jonathan and Margaret Redfern's Motion for Preliminary Injunction (#16). Defendant Transamerica Moving has not responded. On June 30, 2009, the court held a hearing on the motion, and Transamerica Moving failed to appear. At the hearing, the court granted the motion for preliminary injunction and indicated this order outlining the scope of the preliminary injunction would follow.

GOOD CAUSE APPEARING, IT IS ORDERED that Transamerica Moving, including its directors, officers, employees, agents, servants, attorneys, and others acting in concert with them who have notice of this injunction, are hereby preliminarily enjoined, prohibited, and otherwise restrained from selling, offering to sell, moving, or otherwise disposing of Plaintiffs' goods, furniture, and other items in the possession or under the control of Transamerica Moving.

IT IS FURTHER ORDERED that Plaintiffs shall have the right to inspect their goods, furniture, and other items in the possession or under the control of Transamerica Moving and that Plaintiffs shall have the right to place a padlock on any door(s) securing their goods, furniture, and other items in the possession or under the control of Transamerica Moving.  In particular, Plaintiffs shall have the right to inspect and secure by padlock their goods, furniture, and other items placed by Transamerica Moving at Riverwood Apartments and Self-Storage and/or Kuenzli Self-Storage, located at 805 Kuenzli Street, Reno, NV.

IT IS FURTHER ORDERED that this injunction shall not be effective until Plaintiffs have provided security in conformance with Federal Rule of Civil Procedure 65(c) in the amount of $2,500.00 for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained.

A status hearing is scheduled before this court on July 28, 2009, at 9:30 a.m.

IT IS SO ORDERED.

DATED this 30th day of June, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2