THE **DIGESTI** LAW FIRM LLP
485 W. FIFTH STREET, RENO, NV 89503

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JONATHAN REDFERN and MARGARET REDFERN, individually and As husband and wife, and as next friend Of their minor children;<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSAMERICA MOVING, INC., a California corporation; ALEXANDER PLOTKIN, ALLA ZHUK, TONY PLUMMER, FRANCISCO (last name Unknown), and JOY (last name unknown), All individually and doing business as TRANSAMERICA MOVING, INC.; BLACK and white CORPORAITONS; ABLE and BAKER COMPANIES; RED And GREEN PARTNERSHIPS; and JOHN DOES I through X, inclusive,<br><br>Defendants. | Case No.  3:09-cv-317-LRH-VPC<br><br>**STIPULATION TO EXTEND THE FILING DEADLINES FOR PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNTIVE, MOTION TO STRIKE AND DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION** ; ORDER |

On November 16, 2009, a hearing was held before the Honorable Magistrate Cooke on Plaintiffs' Motion for Leave to Amend Complaint and Motion for Service by Publication.  During the hearing, Magistrate Cooke and the parties agreed upon a briefing schedule for Defendant's

Motion to Dismiss, or in the Alternative, Motion to Strike.  Defendant filed the Motion on December 3, 2009.  Plaintiffs' Opposition is due on December 20, 2009.

During the FRCP 26(f) conference held on December 9, 2009, the parties agreed to stipulate to a mutually convenient extension of Plaintiffs' Opposition to January 6, 2010 and Defendant's Reply to the Opposition in accordance with Local Rule 7-2.  The parties hereby respectfully request that the Court extend the filing deadline for Plaintiffs' Opposition to Defendant's Motion to Dismiss, or in the Alternative, Motion to Strike, to January 6, 2010 and Defendant's Reply to the Opposition in accordance with Local Rule 7-2.

DATED:  December 10, 2009                THE **DIGESTI** LAW FIRM LLP

By:_____/s/_____
   Matthew P. Digesti, Esq. (SBN 9793)
   485 W. Fifth Street
   Reno, NV 89503
   Attorneys for the Defendant
   Transamerica Moving, Inc.

DATED:  December 10, 2009                MacDonald + MacDonald, P.C.

By:_____/s/_____
   Mark E. MacDonald, Esq. (SBN 1275830)
   9938 Ontario
   Dallas, TX 75220
   Attorneys for Plaintiffs
   Jonathan Redfern, Margaret Redfern, individually
   and as husband and wife, and as next friend of
   their minor children.

**IT IS SO ORDERED this** 15th day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE