UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JONATHAN REDFERN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 3:09-CV-0317-LRH-VPC |
| v. | ) ) | ORDER |
| TRANSAMERICA MOVING, INC., et al., | ) ) | |
| Defendants. | ) ) | |

    Before the court is defendant Alex Plotkin's ("Plotkin") motion for release as agent for the purpose of service of process as to defendant Transamerica Moving, Inc. ("Transamerica"). Doc. #96.[1]

    On November 30, 2010, the magistrate judge issued a minute order granting the withdrawal of Transamerica's counsel and ordering Transamerica to obtain counsel by December 30, 2010. *See* Doc. #95. As part of the minute order, the magistrate judge granted plaintiffs leave to serve all documents relating to Transamerica on defendant Plotkin as representative for Transamerica until Transamerica retained new counsel. *Id*. In response, Plotkin filed the present motion for release as agent for Transamerica. Doc. #96.

    The court has reviewed the documents and pleadings on file in this matter and finds that

---

[1] Refers to the court's docket number.

release of Plotkin as representative for purposes of service of process is not warranted. Although Plotkin argues that he has not been Transamerica's representative since Transamerica filed bankruptcy, no other representative of Transamerica has entered an appearance in this action. Further, pursuant to the magistrate's order, Plotkin cannot be released as agent for service of process until Transamerica retains new counsel. *See* Doc. #95. Because Transamerica has not retained new counsel, and Plotkin has not established any prejudice to his separate defense by maintaining his agent status for service of process, the court shall deny Plotkin's motion for release.

IT IS THEREFORE ORDERED that defendant's motion for release (Doc. #96) is DENIED.

IT IS SO ORDERED.

DATED this 22nd day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2