**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | | |
|---|---|---|
| JONATHAN REDFERN and MARGARET REDFERN, individually and as husband and wife, and as next friend of their minor children, | ) ) ) ) | 3:09-cv-00317-LRH-VPC  **MINUTES OF THE COURT** |
| Plaintiffs, | ) | |
| vs. | ) ) | December 27, 2011 |
| TRANSAMERICA MOVING, INC. *et al.*, | ) ) | |
| Defendants. | ) ) | |

PRESENT:    <u>THE HONORABLE LARRY R. HICKS</u>, U.S. DISTRICT JUDGE

DEPUTY CLERK:    <u>NONE APPEARING</u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PETITIONER(S): <u>NONE APPEARING</u>

COUNSEL FOR RESPONDENT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

   Before the court is Plaintiffs' Motion for Voluntary Dismissal Without Prejudice (#136), which states that one defendant was served and has answered, however, no other defendants have been found to be served.  The defendant that was served has not filed any objection to Plaintiff's Motion for Voluntary Dismissal of this case without prejudice.  Good cause appearing,

   IT IS HEREBY ORDERED that this action is dismissed without prejudice, and with all parties to bear their own attorney's fees and court costs.

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                                        By:        /s/
                                              Deputy Clerk